SCOTT VOELZ (S.B. #181415)
svoelz@omm.com
PAUL A. HOLTON (S.B. #313047)
pholton@omm.com
ALLISON BADER (S.B. #324306)
abader@omm.com
JAMIE BUTTS (S.B. #346647)
jbutts@omm.com
**O'MELVENY & MYERS LLP**
400 South Hope Street, 19th Floor
Los Angeles, California  90071-2811
Telephone:     +1 213 430 6000
Facsimile:     +1 213 430 6407

Attorneys for Defendant
*Walmart Inc.*

SHANNON LISS-RIORDAN (S.B. #310719)
sliss@llrlaw.com
**LICHTEN & LISS-RIORDAN, P.C.**
729 Boylston Street, Suite 2000
Boston, Massachusetts 02116
Telephone:    (617) 994-5800
Facsimile:    (617) 994-5801

Attorney for Plaintiffs
*Crystal Shugars and Niccole Le'Roy*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRYSTAL SHUGARS, *in her capacity as Private Attorneys General Representative*, and NICCOLE LE'ROY, *on behalf of herself and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART INC. d/b/a SPARK DRIVER f/k/a DELIVERY DRIVERS, INC.,<br><br>Defendants. | Case No. 5:24-cv-02765-EKL<br><br>**JOINT STATUS REPORT REGARDING ARBITRATION** |

Plaintiffs Crystal Shugars and Niccole Le'Roy ("Plaintiffs") and Defendant Walmart Inc. ("Walmart") (collectively, the "Parties") hereby submit this Joint Status Report Regarding Arbitration pursuant to the Court's March 12, 2025 Order Granting Motion to Compel Arbitration and Motion to Stay (ECF No. 40) (the "Order"), which requires the Parties to provide status reports every six months.  Upon filing their prior Joint Status Report on October 15, 2025 (ECF No. 41), the Parties represented that they would provide this update on or before April 15, 2026.

Since the filing of the prior Joint Status Report, the Parties have engaged in settlement discussions, including by producing select data to inform those discussions and exchanging offers of settlement.  The Parties have been unable to resolve these matters and  have exchanged the names of potential arbitrators but have not yet agreed upon one.

Pursuant to the Order, the Parties will provide the Court with an updated Joint Status Report Regarding Arbitration within six months—on or before October 15, 2026.

Dated:  April 15, 2026

SCOTT VOELZ
PAUL A. HOLTON
ALLISON BADER
JAMIE BUTTS

**O'MELVENY & MYERS LLP**

By:      */s/ Scott Voelz*
_____
Scott Voelz

Attorneys for Defendant
*Walmart Inc.*

Dated:  April 15, 2026

SHANNON LISS-RIORDAN

**LICHTEN & LISS-RIORDAN, P.C.**

By:      */s/ Shannon Liss-Riordan*
_____
Shannon Liss-Riordan

Attorneys for Plaintiffs
*Crystal Shugars and Nicole Le'Roy*

JOINT STATUS REPORT
5:24-CV-02765-EKL

**Attestation**

I hereby attest that all signatories, on whose behalf this filing is submitted, concur in its content and have authorized its filing.

Dated:  April 15, 2026

SCOTT VOELZ

**O'MELVENY & MYERS LLP**

By:    /s/ Scott Voelz
          Scott Voelz

          Attorney for Defendant
          *Walmart Inc.*

JOINT STATUS REPORT
5:24-CV-02765-EKL